**THOMAS F.X. DUNN**
**ATTORNEY AT LAW**
**225 Broadway**
**Suite 1515**
New York
Te...
Fa...
Thoma...

> Application granted. The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 200.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> July 27, 2021

**By ECF**

Honorable Philip M. Halpern
United States District Judge
United States District Court
300 Quaropas Street
White Plains, N.Y.

    Re: <u>United States v. Brinae Thornton</u>,
       20 Cr. 626 (PMH)

Dear Judge Halpern:

    I represent BrinaeThornton pursuant to the Criminal Justice Act in the above captioned case. I received this assignment in December, 2020. I write to request permission to file interim vouchers in this case.

    The discovery is significant and extensive. The discovery includes prison calls, thousands of pages of linesheets, police reports, and other law enforcement documents.

    I make this request based on the hours expended to date in discovery review, the expected future hours of review and the length of the case.

    Thank you for your consideration of this request.

                                     Respectfully yours,
                                            /s/
                                    Thomas F.X. Dunn