UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA            :
                                    :
v.                                  :     **RESCHEDULING ORDER**
                                    :
**Brinea Thornton,**                :
             Defendants.            :     7-20-cr-00626-PMH
                                    :
-----------------------------------------------------------x

Sentencing in this matter is rescheduled to May 4, 2023 at 11:00 am in Courtroom 520 at the White Plains Courthouse.

Defendant's submission is due on 4/20/2023. Government's submission is due by 4/27/2023.

Per the SDNY COVID-19 Courthouse Entry Program, anyone who appears at any SDNY courthouse must complete a questionnaire. Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry. Please contact Chambers if you do not meet the requirements.

Dated: November 18, 2022              SO ORDERED:

                                      _____
                                      Philip M. Halpern, U.S.D.J