# THE LAW OFFICE OF JEFF CHABROWE

521 Fifth Avenue, 17th Floor New York, NY 10175 | Tel. 917.529.3921| F 914.462.3637

The Hon. Philip M. Halpern
United States District Court
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

> Application granted. Sentencing is adjourned to June 26, 2023 at 3:30 p.m. Defendant's sentencing submission is due June 5, 2023 and the Government's submission is due June 12, 2023.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>          April 14, 2023

Re:  *U.S. v. Brinae Thornton,* Case No. 20 Cr 626-PMH-17
     Letter Motion to Adjourn Sentencing

Dear Judge Halpern:

    I would like to request a four-week adjournment of sentencing in the above case, currently set for May 4, 2023 at 2:30 p.m. I have a lengthy trial commencing on May 8 in Brooklyn in a homicide case that has been pending for three years (*People v. Williams*, Ind. 2146/18). All counsel have been advised by the presiding judge to clear our calendars of any engagement that might interfere with the commencement of the trial. Given this directive, and to ensure Mr. Thornton's interests are fully represented at her sentencing, I request a four-week adjournment of sentencing until after June 1. (I will be unavailable after June 27 for several weeks.) The government consents to this request.

                         Thank you for your assistance.

                                Sincerely,

                                *Jeff Chabrowe*
                                **JEFFREY CHABROWE, ESQ.**
                                LAW OFFICES OF JEFFREY CHABROWE
                                521 Fifth Avenue, 17th Floor
                                New York, NY 10175
                                (917) 529-3921

cc:  Shiva Logarajah, Assistant U.S. Attorney