# THE LAW OFFICE OF JEFF CHABROWE

521 Fifth Avenue, 17th Floor New York, NY 10175 | Tel. 917.529.3921| F 914.462.3637

The Hon. Philip M. Halpern
United States District Court
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

> Application granted. Due to scheduling conflicts -- and because June 25, 2023 is a Sunday -- sentencing is advanced to **June 5, 2023 at 3:30 p.m.** Defendant's sentencing submission is due May 15, 2023 and the Government's submission is due May 22, 2023.
>
> SO ORDERED:
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> April 17, 2023

Re: *U.S. v. Brinae Thornton,* Case No. 20 Cr 626-PMH-17
Letter Motion to Adjourn Sentencing - **Corrected**

Dear Judge Halpern:

    Yesterday I requested a four-week adjournment of sentencing in the above case, previously set for May 4, 2023 at 2:30 p.m. The government consented. You granted my request and adjourned sentencing until June 26 at 3:30 pm. I apologize most profusely, but I made an error in the dates I indicated I would be available. I am scheduled to leave the country the evening of June 25 – not the 27th as I had originally stated. I could be available for a hearing on the morning of June 25, but I will be gone from the 26th onward for several weeks. Again, I apologize for this intrusion in the Court's busy schedule to request this further adjustment. It is entirely my mistake. Your patience is greatly appreciated.

    Thank you for your assistance.

                                  Sincerely,

                                  *Jeff Chabrowe*
                                JEFFREY CHABROWE, ESQ.
                                LAW OFFICES OF JEFFREY CHABROWE
                                521 Fifth Avenue, 17th Floor
                                New York, NY 10175
                                (917) 529-3921
                                Counsel for Defendant

cc: Shiva Logarajah, Assistant U.S. Attorney