**U.S. Department of Justice**

*United States Attorney*

Application granted. The time for the Government to file its sentencing submission is extended to June 9, 2023.

Defendant has twice failed to comply with Court-ordered deadlines to file a sentencing submission in this matter. The Court *sua sponte* extends the time for defendant to file a sentencing submission to **June 2, 2023**.

SO ORDERED.

Philip M. Halpern
United States District Judge

Dated:  White Plains, New York
        May 31, 2023

**BY ECF**

The Honorable Philip M. Halpern
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:     *United States v. Brinae Thornton*, S6 20 Cr. 626 (PMH)

Dear Judge Halpern:

        The Government writes respectfully to ask for a brief adjournment for filing of its sentencing submission in this matter.  On May 19, 2023, the Court granted defendant's request for a brief adjournment for the filing of sentencing submissions.  The schedule ordered by the Court required submission of defense materials on May 23 and the Government's materials on May 30. Sentencing was then adjourned to July 12, 2023.

        The defense has yet to file in any materials.  To allow for defense filings, and in light of the fact that sentencing has now been reschedule to July 12, the Government respectfully requests that the due date for Government sentencing materials be briefly adjourned to June 9, 2023.

                                Respectfully submitted,

                                DAMIAN WILLIAMS
                                United States Attorney for the
                                Southern District of New York

                        By:     /s/_____
                                Shiva H. Logarajah
                                David R. Felton
                                Courtney Heavey
                                Assistant United States Attorneys
                                Tel:  212-637-2272 / -2299 / -2413

cc:     James Kousouros, Esq. (via ECF)