# THE LAW OFFICE OF JEFF CHABROWE

521 Fifth Avenue, 17th Floor New York, NY 10175 | Tel. 917.529.3921| F 914.462.3637

February 6, 2024

The Hon. Philip M. Halpern,
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

    Re:  *U.S. v. Brinae Thornton,* Case No. 20 Cr 626-PMH-17
        Second Circuit Court of Appeals Dkt 23-6871
        **Letter Motion for IFP Status**

Dear Judge Halpern:

    I would like to request a short-forlm order granting *in forma pauperis* status to defendant Brinae Thornton for purposes of her pending appeal in the Second Circuit. It appears she was already granted such status early in the proceeding before you (Dkt #19).  However, case management at the Second Circuit informs us they require a current IFP status confirmation from you before they can proceed to appoint her counsel. An updated Financial Affidavit is attached. If you are able to issue an order and transmit it to the Second Circuit as well, we would be very grateful.

    Thank you for your assistance.

                                        Sincerely,

                                        *Jeff Chabrowe*
                                        JEFFREY CHABROWE, ESQ.
                                        521 Fifth Avenue, 17th Floor
                                        New York, NY 10175
                                        (917) 529-3921

cc:  David Russell Felton, AUSA David.felton@usdoj.gov

---

**ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS**

This matter, having come before the Court on Defendant's Letter Motion for Leave to *Proceed In Forma Pauperis*, and it appearing upon supporting documentation that the Motion should be granted, IT IS HEREBY ORDERED that Defendant is granted leave to proceed with her criminal appeal *in forma pauperis*.

Entered this 7th day of February, 2024        By:  Philip M. Halpern
                                                              United States District Court Judge