UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
UNITED STATES OF AMERICA

v.

BRINAE THORNTON,

            Defendant.
-------------------------------------------------------x

**ORDER**

20 CR 626 (PMH)

On February 5, 2025, Defendant filed a *pro se* motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2). (Doc. 976). On March 6, 2025, a Supplemental Presentence Investigation Report was filed in this matter. (Doc. 983). The Government is directed to, on or before March 25, 2025, file its response to Defendant's motion.

Dated: White Plains, New York
       March 11, 2025

SO ORDERED:

_____
Philip M. Halpern
United States District Judge